SCWC-18-0000140

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LORNA SOUZA, Trustee of the Irene K. Takahama Trust
Dated November 19, 1992, as Amended, and the Lawrence I.
Takahama Trust Dated November 19, 1992,
Respondent/Plaintiff-Counterclaim-Defendant/Appellee,

vs.

ELIZABETH FISHER,
Petitioner/Defendant-Counterclaim-Plaintiff/Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000140 (Consolidated with CAAP-18-0000037);
CIV. NO. 1RC12-1-925)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Counterclaim-Plaintiff/Appellant

Elizabeth Fisher's application for writ of certiorari, filed on

May 7, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

